SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------------x
BILAL SMITH,

                               Plaintiff,

              Civil Action No.:

            - against -

METROPOLITAN TRANSPORTATION AUTHORITY,    NOTICE OF FILING OF
METROPOLITAN TRANSPORTATION AUTHORITY     NOTICE OF REMOVAL
POLICE DEPARTMENT, POLICE OFFICER
M. GRIGGS and JOHN AND JANE DOES-Police
Officers as yet unidentified,

                             Defendants.
----------------------------------------------------------------------x

**To:**   **HONORABLE CLERK**
       **SUPREME COURT OF THE STATE OF NEW YORK**
       **COUNTY OF BRONX**

      PLEASE TAKE NOTICE that upon the attached Notice of Removal, together with the exhibits thereto, on June 16, 2022, defendants Metropolitan Transportation Authority, Metropolitan Transportation Authority Police Department, and M. Griggs, by and through their undersigned counsel, removed this action from this Court to the United States District Court for the Southern District of New York.

Dated: New York, New York
         June 16, 2022

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Steve S. Efron
                                                    Attorney for Defendants
                                                    237 West 35th Street - Suite 1502
                                                    New York, New York 10001
                                                    (212) 867-1067

To: Rubenstein & Rynecki, Esqs.
     Attorneys for Plaintiff
     16 Court Street, Suite 1717
     Brooklyn, New York 11241
     (718) 522-1020