UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BILAL SMITH,

                Plaintiff,                  **NOTICE OF APPEARANCE**

   - against -                        22-cv-5081 (PKC)

METROPOLITAN TRANSPORTATION AUTHORITY,
METROPOLITAN TRANSPORTATION AUTHORITY
POLICE DEPARTMENT, POLICE OFFICER
M. GRIGGS and JOHN AND JANE DOES-Police
Officers as yet unidentified,

                Defendants.
------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for defendants Metropolitan Transportation Authority, Metropolitan Transportation Authority Police Department and Police Officer M. Griggs.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       June 27, 2022

                                            _____/s/_____
                                            Renee L. Cyr (RC-0591)
                                            237 West 35th Street - Suite 1502
                                            New York, New York 10001
                                            Tel:  (212) 867-1067
                                            Fax:  (212) 682-5958
                                            Email: RLCyr@aol.com