UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BILAL SMITH,

                            Plaintiff,

                                                         22-cv-5081(PKC)

       - against -

METROPOLITAN TRANSPORTATION AUTHORITY,
METROPOLITAN TRANSPORTATION AUTHORITY     Declaration of Service
POLICE DEPARTMENT, POLICE OFFICER
M. GRIGGS and JOHN AND JANE DOES-Police
Officers as yet unidentified,

                            Defendants.
------------------------------------------------------------------------x

        Steve S. Efron declares the following to be true under the penalties of perjury:

        I am counsel for defendants in the captioned action. On June 27, 2022, I served the order of Judge P. Kevin Castel, filed on June 27, 2022, on counsel for plaintiff by attaching said order to an email sent to counsel's email address.

Dated: New York, New York
         June 27, 2022

                                                                       _____/s/_____
                                                                       Steve S. Efron