# RUBENSTEIN & RYNECKI

ATTORNEYS AT LAW
16 COURT STREET, SUITE 1717
BROOKLYN, NEW YORK 11241
Tel. (718) 522-1020
Fax. (718) 522-3804\

SANFORD A. RUBENSTEIN
SCOTT RYNECKI*
ROBERT MIJUCA

------------------------

RICHARD M. LEVY
HARPER A. SMITH
MARC BATTIPAGLIA*
MICHAEL J. CONTE*
BRETT A. SINGER
MICHAEL KESSELMAN

* ADMITTED IN NY & NJ

July 15, 2022

**VIA ECF**
Hon. P. Kevin Castel
United States Magistrate Judge
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Bilal Smith v. Metropolitan Transportation Authority, et al.
                   1:22-cv-05081 (PKC)

Your Honor:

     I am writing in response to the Court's June 27, 2022 Order regarding subject matter jurisdiction. Plaintiff is not making any claims arising under the United States Constitution, laws, treaties, 42 U.S.C. §1983 or other federal statute of the United States in this action. Plaintiff is not making any claim for "Monell" liability. To the extent that plaintiff is claiming "civil rights violations" they are based in New York State law and arise out of the torts of assault and battery. All other claims in the Complaint are pled under New York law. Plaintiff would be willing to sign a stipulation to this effect.

     We thank the Court for its time and consideration.

                                                              Respectfully submitted,

                                                              Robert Mijuca

cc:    **VIA ECF**
        Steve S. Efron, Esq.