# RUBENSTEIN & RYNECKI

ATTORNEYS AT LAW
16 COURT STREET, SUITE 1717
BROOKLYN, NEW YORK 11241
Tel. (718) 522-1020
Fax. (718) 522-3804

SANFORD A. RUBENSTEIN
SCOTT RYNECKI*
ROBERT MIJUCA
----------------------
RICHARD M. LEVY
HARPER A. SMITH
MARC BATTIPAGLIA*
MICHAEL J. CONTE*
BRETT A. SINGER
MICHAEL KESSELMAN

* ADMITTED IN NY & NJ

July 15, 2022

**VIA ECF**
Hon. P. Kevin Castel
United States Magistrate Judge
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Bilal Smith v. Metropolitan Transportation Authority, et al.
      1:22-cv-05081 (PKC)

Your Honor:

I am writing in response to the Court's June 27, 2022 Order regarding subject matter jurisdiction. Plaintiff is not making any claims arising under the United States Constitution, laws, treaties, 42 U.S.C. §1983 or other federal statute of the United States in this action. Plaintiff is not making any claim for "Monell" liability. To the extent that plaintiff is claiming "civil rights violations" they are based in New York State law and arise out of the torts of assault and battery. All other claims in the Complaint are pled under New York law. Plaintiff would be willing to sign a stipulation to this effect.

We thank the Court for its time and consideration.

Respectfully submitted,

Robert Mijuca

cc:   **VIA ECF**
      Steve S. Efron, Esq.

---

*Handwritten order by judge:*

The well pleaded allegations of the Complaint do not allege or purport to allege a claim on which federal question jurisdiction could be based. Plaintiff disclaims the assertion of any claim under the Constitution, laws or treaties of the United States. Defendants, the removing parties, having been given the opportunity to respond, the action is REMANDED to Supreme Court of the State of New York, Bronx County, for lack of subject matter jurisdiction.

SO ORDERED,
/s/ [signature]
USDJ
8-17-22